## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Joseph Mangoni, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been since September 2001. During my career, I have been assigned to various investigative groups to include, but not limited to the Firearms Trafficking Task Force; Violent Crime Impact Team; High Intensity Drug Trafficking Area (HIDTA) Task Force; Firearms Enforcement Group and the Crime Gun Intelligence Group (CGIC). I have conducted hundreds of federal and state firearms investigations, many of which have involved convicted felons in possession of firearms and ammunition.

2. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Kamar THOMPSON has committed violations of Title 18 U.S.C. 922 (g)(1) – Possession of ammunition by a convicted felon. The information contained in this affidavit is known to me personally or has been relayed to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant for THOMPSON, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to obtain the requested warrant.

## PROBABLE CAUSE

3. Kamar THOMPSON, whose Date of Birth is February 23, 1987, is a thirty-three (33) year-old male. THOMPSON is currently living at 601 Magee Avenue, First Floor, Philadelphia, Pennsylvania 19111. This address is his address of record on his Pennsylvania

Driver's License.  The residence is also a mixed-use residential property with two separate apartments and a business on the bottom, or street level.

4.      THOMPSON has two felony convictions, both for firearms offenses and both punishable by more than one year in prison.  The first conviction is identified under CP-51-CR-0010549-2010, DC# 2010-35-060215 (Firearm Carried without a License).  THOMPSON was sentenced to a range of 9-23 months (in excess of one year).  The second conviction is listed under CP-51-CR-0013341-2010, DC# 2010-71-000278 (Conspiracy and Providing False Information and False Written Statements).  THOMPSON was sentenced to a 9-23 month range in this case as well.  Since THOMPSON was sentenced, in two separate cases, to an indeterminate term of incarceration that included a maximum sentence of 23 months, I believe that Thompson was aware that he had been convicted of a criminal offense punishable by more than one year imprisonment.

5.      A check of Philadelphia Police Department (PPD) records shows that on January 1, 2020, a female was assaulted by a male identified by her as her ex-boyfriend, Kamar THOMPSON.  According to the report, she was physically assaulted by THOMPSON and had her belongings, including a vehicle stolen from her by THOMPSON.  On January 4, 2020, PPD Officers arrested THOMPSON at his residence, 601 Magee Avenue for Aggravated Assault, Robbery and other charges.

6.      On January 28, 2021, Police Officer Sean Burgess, Badge #1407, assigned to the 2nd district was working in full uniform in marked police vehicle RPC 2T6 along with his partner Police Officer Corey Farrell, Badge #4724.  The officers, as part of their duties are assigned to search for and arrest individuals who are within the confines of the 2nd Police District and who have active warrants.  During the course of his duties, Police Officer Burgess became aware of a

bench warrant for Kamar THOMPSON at 601 Magee Avenue, Philadelphia, PA. While in the area investigating the residence, officers observed a black Chevrolet Impala, later found to be bearing Pennsylvania License Plate LJT-0914, pull up and park in front of 600 Magee Avenue. The officers observed a male they recognized as THOMPSON from the photo they had of Thompson, exit the vehicle and go up the exterior concrete stairs to the front door of the residence and enter. Officers observed that THOMPSON was carrying a satchel type bag slung around his shoulder when he exited the black Malibu. The officers exited their marked vehicle, knocked on the exterior door and were invited into a common vestibule area by a separate individual. A Police Officer entered the common hallway and identified himself. The Officer yelled hello into the first floor apartment door, which was open. A male voice answered "here." Police Officer Burgess saw THOMPSON standing inside with the satchel bag still around his shoulder. The officers indicated they had a warrant for THOMPSON's arrest and placed him into custody. During a search incident to the arrest, the officers discovered a Glock .45 caliber magazine loaded with six (6) live .45 caliber rounds of ammunition inside the satchel bag. Also located in the satchel, was a stack of $20.00 bills with a rubber band around it totaling $1,340.00, an IPhone and a wallet with THOMPSON's Pennsylvania Identification Card. No firearm was recovered inside the satchel.

   7. The black Chevrolet sedan, bearing Pennsylvania License Plate LJT-0914 that the officers observed THOMPSON driving also had a license plate on it that is unregistered. In accordance with PPD Policy, the vehicle was towed as part of a "Live-Stop", pursuant to 75 Pa. CSA. § 6309.2. As part of the "Live-Stop" process, police officers must inventory the vehicle for valuables prior to the vehicle being towed by the Philadelphia Parking Authority (PPA). Upon inventory of the vehicle, PPD Officers observed an H&R, .22 caliber - 7 shot revolver,

Model Young America Double Action, with unknown serial number loaded with six (6) rounds of .22 caliber ammunition in the center console of the vehicle. Officers also observed large bags of clothes and multiple cellular phones inside the vehicle as well.

8. Following the events described above, law enforcement obtained a search warrant for 601 Magee Avenue. On January 28, 2021, members of PPD Major Crimes and other members of law enforcement executed a Commonwealth of Pennsylvania Search Warrant at Kamar THOMPSON's residence, 601 Magee Avenue, First Floor Apartment, Philadelphia, PA for firearms, ammunition and firearms related materials. During the search, a Glock, .45 caliber semi-automatic pistol, Model 39, bearing serial number HCM237, loaded with eleven (11) rounds of ammunition (10 in the magazine and 1 in the chamber) was recovered in the rear bedroom of the apartment inside the top drawer of a small piece of furniture. Additionally, one (1) .32 caliber round of loose ammunition was recovered on the living room floor of the residence. Your affiant notes that there were no .32 caliber firearms recovered as part of this investigation to date.

9. On January 29, 2021, your affiant, who is a court certified interstate nexus expert, conducted an interstate nexus determination on the .45 caliber Glock pistol, serial number HCM237; the H&R .22 caliber revolver and the twenty-four (24) total rounds of .45 caliber, .32 caliber and .22 caliber ammunition recovered as part of the arrest and subsequent search warrant. The .45 caliber ammunition is a mix of ammunition manufactured by Remington and Speer. The .32 caliber ammunition was manufactured by the Brazilian Cartridge Company (CBC). Your affiant believes the .22 caliber ammunition was manufactured by CCI. Your affiant determined that both firearms and the recovered ammunition were not manufactured in the Commonwealth of Pennsylvania and therefore have traveled in interstate and/or foreign commerce. As a

previously convicted felon, THOMPSON cannot possess any firearms or ammunition, pursuant Title 18 U.S.C 922 (g)(1).

10. Your affiant believes there is sufficient probable cause to believe that on January 28, 2021, Kamar THOMPSON knowingly possessed ammunition as a convicted felon, in violation of Title 18 U.S.C. 922 (g)(1) – Felon in Possession of Ammunition.

/s Joseph Mangoni
Special Agent Joseph Mangoni
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me
on January 29, 2021 at 4:45 p.m.

/s Lynne A. Sitarski
Honorable Lynne A. Sitarski
United States Magistrate Judge